UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18123
MOBINA AKRAM
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
SSN XXX-XX-2227

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/15/08 .

     2.  The case was dismissed without confirmation, 09/12/2008.

------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------

         Summary of disbursements:
------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00         .00         .00
PRINCIPAL PAID          .00         .00          .00         .00         .00
INTEREST PAID           .00         .00          .00         .00         .00
TOTAL PAID              .00         .00          .00         .00         .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Dated: 12/18/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

```
                              PAGE  2
CASE NO. 08 B 18123 MOBINA AKRAM
```